STATE OF CONNECTICUT *v.* RAYSEAN WILLIAMS*

The defendant's petition for certification for appeal from the Appellate Court, 64 Conn. App. 512 (AC 19362), is granted, limited to the following issue:

"Did the Appellate Court correctly conclude that the defendant's multiple requests to represent himself were not a clear and unequivocal assertion of the right so as to require the trial court to canvass fully the defendant?"

ZARELLA, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16592.

*Jeremiah Donovan,* in support of the petition.

*Rita M. Shair,* assistant state's attorney, in opposition.

Decided September 20, 2001

STATE OF CONNECTICUT *v.* SHAWN HOLMES

The defendant's petition for certification for appeal from the Appellate Court, 64 Conn. App. 80 (AC 19329), is denied.

*Richard E. Condon, Jr.,* assistant public defender, in support of the petition.

*Marjorie Allen Dauster,* senior assistant state's attorney, in opposition.

Decided September 20, 2001

STEVEN R. POULIN *v.* ROBERT S. YASNER

The defendant's petition for certification for appeal from the Appellate Court, 64 Conn. App. 730 (AC 19671), is denied.

---

* The appeal was dismissed April 24, 2003, a notice of suggestion of death having been filed by the state and presented to the court.